UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:15CR75 JAR |
| | ) | (NCC) |
| ANTONIO WHITESIDE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is presently pending before the undersigned pursuant to 18 U.S.C. § 3142(g) for release and detention pending judicial proceedings. The undersigned held a detention hearing on February 18, 2015, on the government's Motion For Pretrial Detention. At the hearing, the defendant's counsel argued for his release and the government argued on the matter of detention. The undersigned took the matter under advisement.

Accordingly,

**IT IS HEREBY ORDERED** that the government's Motion For Pretrial Detention (Docket No. 4) is **DENIED**.

**IT IS FURTHER ORDERED** that the defendant shall be released on a personal recognizance bond and such other conditions of release as the Court may impose.

    /s/ Noelle C. Collins
UNITED STATES MAGISTRATE JUDGE

Dated this 20th day of February, 2015.